THE STATE OF OHIO, APPELLEE, *v.* MOSLEY, APPELLANT.

[Cite as *State v. Mosley* (1996), 75 Ohio St.3d 429.]

(No. 95–2589—Submitted February 20, 1996—Decided April 17, 1996.)

*Michael Miller,* Franklin County Prosecuting Attorney, and *Joyce S. Anderson,* Assistant Prosecuting Attorney, for appellee.

*Mark H. Mosley, pro se.*

*Per Curiam.* We affirm the decision of the court of appeals for the reasons stated in its memorandum decision.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., not participating.